Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT

2019 JAN 22  PM 4:39

for the

Central District of California

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

Western Division

LACV19 00474 -PA- FFMx

|  |  |
|---|---|
| | Case No. |
| Omar Alejandro Medina | |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| –v– | |
| | |
| | |
| | |
| UNITED STATES of AMERICA | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Omar Alejandro Medina |
| Street Address | 354 3/4 West Sepulveda Street |
| City and County | San Pedro, Los Angeles County |
| State and Zip Code | California, 90731 |
| Telephone Number | (424) 287 - 0139 |
| E-mail Address | bigmed@gmx.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | President of the UNITED STATES of AMERICA |
| Job or Title *(if known)* | President of the UNITED STATES of AMERICA |
| Street Address | 1600 Pennsylvania Avenue NW |
| City and County | Washington |
| State and Zip Code | DC, 20500 |
| Telephone Number | (202) 456 - 1111 |
| E-mail Address *(if known)* | Legal counsel for the president, "Pat Cipollone" |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*     Omar Alejandro Medina                              , is a citizen of the

State of *(name)*     California, USA

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                            , is incorporated

under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*                                           , is a citizen of

the State of *(name)*

*(foreign nation)*                                            . Or is a citizen of

2.    If the defendant is a corporation

The defendant, *(name)*          UNITED STATES of AMERICA        , is incorporated under

the laws of the State of *(name)*                                 , and has its

principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Since this is a personal injury case involving the UNITED STATES of AMERICA, this case shall be handle in a manner in which both parties can talk behind closed doors for the **"secretcy principle"** to take affect so both parties's [company] secrets can revolve around parties involved in this case ONLY, and not in its [consumers's] awareness. Just like the fast food chain Kentucky Fried Chicken, it refrains from revealing company secrets to the public. Again, this matter concerns the injury of a person, Omar Alejandro Medina, thus worth more than the amount at stake here, that of $75,000.00

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    **If the defendant is a corporation**

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____

        Or is incorporated under the laws of *(foreign nation)* _____

        and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    After many attempts to get a response from the UNITED STATES OF AMERICA through attempt(s) of contacting her, via many of its channels of communication of hers, for example the president(s) or vice president(s), about sound wave harassment SWH, and her failure to act on the information, I now see a [tea*m] of psychologist which I am not fond of..., beginning of the year 2014. For some odd reason the psychologists I regularly see like to quit on me. They vanish. For instance, Dr John Perry, a researcher from Beverly Hills, was working at the San Pedro region and was later 'force' to work in a women's jail elsewhere. This is just an example of what SWH does to a person; it took my shrink away from me: it also took an innocent person away from an open environment to a close environment (jail). I cannot have this in[*] my conscious. Another effect of which relates to the previous side affect of SWH is the sleepless nights that come with it. Omar Alejandro Medina is 32 years old. According to Google, life expectancy in the US is 78.69 (2016). Today is January 22nd of 2019

## IV.    Relief

[*]*The sentence reads correctly for having "something 'on' my conscious" can be shaken off. To have something 'in' my conscious means it has left a permanent stain in a memory bank. On the record, the difference has been stated on January 22nd of 2019*

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    See page "AB123" attached to this claim

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              01/22/2019

Signature of Plaintiff        X

Printed Name of Plaintiff     Omar Alejandro Medina

### B.      For Attorneys

Date of signing:              01/22/2019

Signature of Attorney         X

Printed Name of Attorney      Omar Alejandro Medina

Bar Number

Name of Law Firm

Street Address                354 3/4 West Sepulveda Street

State and Zip Code            California, 90731

Telephone Number              (424) 287 - 0139

E-mail Address                bigmed@gmx.com

"AB123" of claim Page 4 of 5                                    Date: 01/22/2019

The issue has not been resolved and my youth cannot be given back to me. Thus, I, The plaintiff of this case seeks the following relief:

1. A monetary relief of the amount of $1,700,000,000.00 USD
    - $200,000,000.00 USD in advance in the form of cash, real estate, or check in order to relocate to a safe location while this case is settled in court. This money will be immediately used for security and recovery as I see fit. And, to secure future, reliable, and dependable REs


Option 1 for payment of the total relief; one lump sum

- 67% of the total relief in bonds or securities will be okay. The rest in cash, check, money order
- The securities will be hand delivered to plaintiff's physical address or handed over in person at agreed upon location by both parties

Option 2 for payment of the total relief; weekly installment payment plan

- 49% of the total relief ($833,000,000.00) in bonds and securities
- 51% of the total relief ($867,000,000.00) in weekly payments of the amount of $1,667,307.692 for 520 weeks. No pre-payment penalty fees. 11% late fee of one total weekly payment for any missed payment which will be carried over to the next scheduled payment. For example, the weekly payment of $1,667,307.692 is scheduled to arrive on July 3th before 12:00 PM Pacific time. IF it arrives later than that day, the payment will still be valid and deducted from the total amount due. Next schedule payment will be in the amount of $1,850,711.538 for July 10th instead of the original weekly amount

Option 3 for payment of the total relief; yearly installment payment plan

- 63% of the total relief ($1,071,000,000.00) in bonds or securities
- 37% of the total relief ($629,000,000.00) in yearly fixed payments of the amount of $41,933,333.33 until the 37% of the total relief is paid off